[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-10169
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 2, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:10-cv-00012-JRH-WLB

MARY CAMPILII,

Plaintiff - Appellant,

versus

MARY RHODES,
CHARLES RHODES, SR.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(June 2, 2011)

Before HULL and BLACK, Circuit Judges, and HUCK,[*] District Judge.

PER CURIAM:

_____

[*]Honorable Paul C. Huck, United States District Judge for the Southern District of
Florida, sitting by designation.

After review and oral argument, the Court concludes the Plaintiff-Appellant Mary Campilii has not shown reversible error in the district court's order, dated December 20, 2010, granting summary judgment in favor of the Defendants-Appellees Charles Rhodes, Sr. and Mary Rhodes on Plaintiff-Appellant's Complaint.

**AFFIRMED.**